**Order filed May 6, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00149-CR
_____

**KALLUPPE DJUAN ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 6**
**Harris County, Texas**
**Trial Court Cause No. 1902878**

## ORDER

Appellant is represented by retained counsel, Mark Aronowitz. No reporter's record has been filed in this case. Marcia E. Barnett, the official court reporter for the County Criminal Court at Law No. 6, informed this court that appellant had not made arrangements for payment for the reporter's record. On March 26, 2014, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, Mark Aronowitz, to file a brief in this appeal on or before June 5, 2014. If Mark Aronowitz does not timely file the brief as ordered, we will issue a show cause order directing him to appear before this court on a date certain to show cause why he should not be held in contempt for failing to file the brief as ordered.

PER CURIAM